AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

One homemade personal computer,
black and gray in color,
bearing no serial number,
seized from the basement of
xxxx Berwyn Road, College Park, Maryland

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I     TIMOTHY R. PALCHAK     being duly sworn depose and say:

I am a(n)   DETECTIVE for the METROPOLITAN POLICE DEPARTMENT,
and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

**One homemade personal computer, black and gray in color, bearing no serial number, seized from the basement of xxxx Berwyn Road, College Park, Maryland, on September 14, 2006, and currently in the custody of the Metropolitan Police Department's Youth Investigations Branch**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

**SEE THE AFFIDAVIT**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
evidence, instrumentalities and fruits of the crimes

of a violation of Title  18  United States Code, Section(s) 2423(b) . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES   ☐ NO

Jessie K. Liu
Federal Major Crimes Section
(202) 514-7549

Signature of Affiant
Timothy R. Palchak, Detective
Metropolitan Police Department

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer