AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One homemade personal computer,
black and gray in color,
bearing no serial number,
seized from the basement of

**SEARCH WARRANT**

CASE NUMBER: 06 - 398 - M - 01

TO: __TIMOTHY R. PALCHAK__   and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Detective Timothy R. Palchak__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**One homemade personal computer, black and gray in color, bearing no serial number, seized from the basement of ~~~~~~~~~~, College Park, Maryland, on September 14, 2006, and currently in the custody of the Metropolitan Police Department's Youth Investigations Branch**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**SEE THE AFFIDAVIT**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___Sept 25, 2006___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

SEP 15 2006                                   at Washington, D.C.
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE        _/s/ John M. Facciola_
Name and Title of Judicial Officer            Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>9/15/06 | DATE AND TIME WARRANT EXECUTED<br>9/19/06 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>N/A (In MPD Custody) |
| INVENTORY MADE IN THE PRESENCE OF<br>N/A |||

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

The listed evidence was transported to ICE for forensic examination.

**FILED**

SEP 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  09/25/06
U.S. Judge or U.S. Magistrate Judge     Date